**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EGBURONU SAM OJIQWO,

     Petitioner,

v.                                                                  No. 2:26-cv-0606 MLG-JFR

WARDEN, Otero County Processing Center, et al.

     Respondents.

**ORDER FOR REPORT REGARDING STATUS OF PETITIONER AND**
**<u>SUPPLEMENTAL BRIEFING AS TO MOOTNESS</u>**

This matter comes before the Court sua sponte. On April 9, 2026, Respondents filed an Emergency Motion to Lift Temporary Restraining Order ("Motion") requesting the Court lift the injunction prohibiting the transfer of Petitioner Egburonu Sam Ojiqwo from the District of New Mexico in order to effectuate his scheduled deportation and removal. Doc. 9 at 1. Respondents represented in their Motion that Ojiqwo was scheduled for a charter flight to his home country of Nigeria "before the end of April." *Id.* On April 17, 2026, the Court issued an Order Lifting Injunction on Transfer ("Order") granting Respondent's Motion. Doc. 11. Following the entry of the Order, Ojiqwo filed a Response to Respondent's Motion as well as an Appendix. *See* Docs. 12, 13.

Respondents are hereby ordered to file a report with the Court providing the custodial status of Ojiqwo. If Ojiqwo has been removed from the United States, the report shall provide the date of Ojiqwo's deportation and address whether the pending Petition for a Writ of Habeas Corpus ("Petition"), Doc. 1, is moot. If Ojiquwo has not been deported, Respondents and Ojiquwo shall file supplemental briefing addressing whether the Petition is moot given his scheduled removal.

Respondents shall file their pleading regarding Ojuquwo's custodial status and the mootness of the Petition by 9:00 am Thursday, April 30, 2026. If Ojiquwo has not been deported, his pleading addressing whether his Petition is moot shall be due May 8, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA